# CHARLESTON

## EPSTEIN v. TOTTEN.

Submitted February 11, 1908.    Decided February 18, 1908.

1. WRIT OF ERROR—*Final Judgment—Jurisdiction.*

   There is no jurisdiction for a writ of error when there is a verdict for defendants and only a judgment for their costs. (p. 603.)

Error to Circuit Court, Wyoming County.

Action by the state, for the use of Jacob Epstein, against H. P. Totten and others. Verdict for defendants, and plaintiff brings error.

*Dismissed.*

T. L. HENRITZE, for plaintiff in error.

COOK & HOWARD and RITZ & LITZ, for defendants in error.

BRANNON, JUDGE:

This was an action of debt in the name of the State for the use of Jacob Epstein against H. P. Totten and others, sureties in a sheriff's bond. The case was tried by a jury, which rendered a verdict for the defendants. The judgment was only that the defendants recover of Epstein their costs. There was no judgment of *nil capiat*, that is, that the plaintiff take nothing by her suit. For want of a final judgment on the merits there is no jurisdiction for this writ of error, and therefore we dismiss it. *Hannah* v. *Bank*, 53 W. Va. 82; *Ritchie Bank* v. *Bee*, 60 *Id.* 386; *De Armit* v. *Town of Whitmer*, decided 14th January, 1908.

*Dismissed.*